| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF OLMSTED | THIRD JUDICIAL DISTRICT<br>Case Type: Civil Other/Misc. |

Jerk King, Inc.,  　　　　　　　　　　　　　　Court File No. 55-CV-21-6475

　　　　　　　　Plaintiff,

v.

City of Rochester and
Destination Medical Center Corporation,

　　　　　　　　Defendants.

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1446(d)**

　　　YOU ARE HEREBY NOTIFIED that defendants have filed in the United States District Court for the District of Minnesota, Third Division, a Notice of Removal (pursuant to 28 U.S.C. § 1446(a)) of the above entitled action which was commenced in the District Court of Olmsted County, Minnesota, from said state court to the United States District Court, District of Minnesota, Third Division.

　　　TAKE FURTHER NOTICE that a Notice of Removal Pursuant to 28 U.S.C. 1446 (d) will be e-filed with the United States District Court for the District of Minnesota, on November 22, 2021.

2

Dated:  November 22, 2021          s/Stephanie A. Angolkar
                                                             Stephanie A. Angolkar, #388336
                                                             Julia C. Kelly, #0392424
                                                             IVERSON REUVERS
                                                             9321 Ensign Avenue South
                                                             Bloomington, MN  55438
                                                             (952) 548-7200
                                                             stephanie@iversonlaw.com
                                                             julia@iversonlaw.com

                                                             *Attorneys for Defendants*